FILED'08 MAY 23 14:15 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANKLIN L. HUSSEY,

    Petitioner,

Civ. No. 06-387-CL

v.

SHARON BLACKLETTER,
Superintendent, Eastern
Oregon Correctional Inst.,

    Respondent.

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Objections have been filed, so this court reviews the Report and Recommendation *de novo*. See 28 U.S.C. § 636(b)(1)(C); Holder v. Holder, 392 F.3d 1009, 1022 (9th Cir. 2004).

    I have reviewed this matter *de novo* and find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate

1 - ORDER

Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#36) is adopted. The amended petition (#30) is denied and this action is dismissed.

IT IS SO ORDERED.

DATED this 23 day of May, 2008.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER